UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P296-S

**JOSEPH WAYNE ALLEN**                                                                               **PLAINTIFF**

**v.**

**LOUISVILLE METRO DEPARTMENT OF CORRECTIONS** *et al.*        **DEFENDANTS**

### SUMMARY JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, Defendant Tom Campell's motion for summary judgment (DN 23) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 56, **SUMMARY JUDGMENT IS HEREBY ENTERED** in favor of Defendant Tom Campbell.

All remaining pending motions are **DENIED as moot.**

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Counsel of record
4411.008